IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>             Plaintiff,                        )<br>                                                         )<br>vs,                                                    )<br>                                                         )<br>MONTEL THEOPOLIS JONES,  )<br>                                                         )<br>             Defendant.                    ) | No. 17-CR-1027 LRR<br><br>NOTICE OF NON-CONTESTED ISSUES |

      COMES NOW, Defendant, Montel Theopolis Jones , by and through counsel, and hereby submits this notice that the Defendant does NOT intend to contest the issues at the Revocation Hearing pursuant to the Public Administrative Order 16-AO-0006-P in this case.

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings by:

[ ] U.S. Mail      [ ] Facsimile
[ ] Hand Delivered      [ ] Overnight Courier
[ ] Federal Express      [X] Other/EDMS

On January 22, 2018

Signature: Sonia Maria Elossais

CC: United States Attorney

/s/ *Michael M. Lindeman* – AT0004754
Lindeman Law
3500 F Avenue NW Suite One
Cedar Rapids, Iowa 52405
(319) 654-0300
(319) 654-0301 Fax
lindemanlaw@msn.com
ATTORNEY FOR DEFENDANT